OLMSTEAD *et al. v.* CAROLINA PORTLAND CEMENT COMPANY.

BECK, P. J. The opinion of the Court of Appeals in this case having been published (30 *Ga. App*. 126, 117 S. E. 255), it is unnecessary to set forth the question decided by that court, arising under the facts contained in the record. After carefully considering the entire record, this court is of the opinion that the judgment rendered by the Court of Appeals is in accord with the established doctrine in this State. *Cunning.iam* v. *Cureton*, 96 *Ga*. 489 (23 S. E. 420), and authorities there cited.

*Judgment affirmed. All the Justices concur, except Atkinson, J., dissenting.*

No. 3760. FEBRUARY 27, 1924.

Certiorari; from Court of Appeals. 30 *Ga. App*. 126.

*Herman Heyman, Hugh Howell,* and *Dorsey, Brewster, Howell & Heyman,* for plaintiffs.

*Davis & Grant,* for defendant.

---

CITY OF WAYCROSS *et al. v.* BALLARD *et al.*

This case came before this court on a writ of error from the superior court of Ware County, and being for decision by a full bench of six Justices, who are equally divided in opinion, Atkinson, Gilbert and Hines, JJ., being for affirmance, and Russell, C. J., Beck, P. J., and Hill, J., being for reversal of the court below, the case stands affirmed by operation of law.

No. 3783. FEBRUARY 27, 1924.

Injunction. Before Judge Summerall. Ware superior court. April 19, 1923.

*Parker & Parker* and *Parks, Reed & Garrett,* for plaintiffs in error.

*Wilson & Bennett* and *S. F. Memory,* contra.